UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEMYON GRINBLAT, individually and on
behalf of all others similarly situated,

                          Plaintiff,

    -against-

WOODHAVEN LIQUOR CORP. and
METRO NY DEALER STATIONS, LLC,

                         Defendants.
-------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**CASE NO.: 18-cv-4337-ENV-ST**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 16 2018 ★
BROOKLYN OFFICE

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorney for the Plaintiff, Semyon Grinblat, and the attorney for the Defendants, Woodhaven Liquor Corp. and Metro NY Dealer Stations, LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the above-entitled action, it is hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

    **IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

[SIGNATURES ON NEXT PAGE]

1

Signed: October 19, 2018

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: October 19, 2018

Jake LaSala, Esq.

Attorney for the Defendants
Jake LaSala, Esq.
125-10 Queens Boulevard, Suite 320
Kew Gardens, NY 11415
Tel: (718) 261-7695
Fax: (718) 261-3482
Email: jlasalaesq@aol.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/15/18

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

2