FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 19 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                               :

Semyon Grinblat,                :

          Plaintiff,        :        <u>ORDER OF DISCONTINUANCE</u>

       - against -        :        1:18-cv-04337-ENV-ST

Woodhaven Liquor Corp. et al,  :

          Defendants.   :

-----------------------------------------------------------X

VITALIANO, D.J.

     The Court having been advised that this action has been settled,

     Therefore, this action is discontinued without cost and with prejudice, except as to the

right to reopen the action if the settlement is not consummated.

     The Clerk is directed to close this case.

          SO ORDERED.

DATED:     Brooklyn, New York
           11/13/2018

                                 _____
                                   ERIC N. VITALIANO
                                   U.S.D.J.